UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP, | ) ) ) ) | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 26-cv-3892 |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ) ) ) ) | |
| Defendant. | ) ) ) | |

I, **Shannon Lee,** affirm that I served the following documents on Defendant Executive Office of Immigration Review, the Attorney General of the United States, and the Civil Process Clerk for the Southern District of New York.

- Complaint (Dkt No. 05)

- Exhibit A - FOIA Request (Dkt No. 05-1)

- Civil Cover Sheet (Dkt No. 01)

- Summons Issued (Dkt No. 04)

- Initial Conference Order (Dkt No. 06)

- Notice of Appearance of Kate Fetrow (Dkt No. 7)

The attached receipts confirm Defendant's receipt of these documents at all three locations as of May 22, 2026.

Dated: May 26, 2026
New York, NY

BY: _____

Shannon Lee
NEW YORK LEGAL ASSISTANCE GROUP

**Tracking Number:**

## 9214890194038376486776

⧉ Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:22 am on May 18, 2026 in FALLS CHURCH, VA 22041.

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

✅ **Delivered**

**Delivered, Front Desk/Reception/Mail Room**
FALLS CHURCH, VA 22041
May 18, 2026 11:22 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

## 9214890194038376487070

⧉ Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 2:16 pm on May 18, 2026 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

✅ **Delivered**

**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
May 18, 2026 2:16 PM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

## 9214890194038376486967

 Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:32 am on May 22, 2026 in WASHINGTON, DC 20018.

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

✅ **Delivered**

**Delivered, Individual Picked Up at Post Offic**
WASHINGTON, DC 20018
May 22, 2026 4:32 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**