**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 18, 2026

**By ECF**
The Honorable Dale E. Ho
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *NYLAG v. Executive Office for Immigration Review*, 26 Civ. 3892 (DEH)

Dear Judge Ho:

This Office represents the Executive Office for Immigration Review (the "Government"), defendant in this action brought pursuant to the Freedom of Information Act ("FOIA") by the Plaintiff the New York Legal Assistance Group. On July 10, 2026, the Court adjourned the initial pretrial conference to August 25, 2026, at 10:30 a.m., which the Court scheduled as an in-person conference and requested the parties submit a joint letter as to whether that August conference is necessary. ECF No. 13. Since then, the parties have met and conferred multiple times and have made meaningful progress. The Government made an initial production of responsive records from initial custodians on July 31, and has completed its review of potentially responsive records that were identified based on agreed-upon search parameters. The agency has requested internal approval for release of those records by August 28, which is subject to confirmation.

Based on this progress, the parties jointly request that the Court reschedule the August 25 conference to October 12 or October 13, or another date in October most convenient for the Court. The requested adjournment would allow Plaintiff time to review the Government's upcoming production and for the parties to meet and confer on proposed next steps in this litigation, including regarding potential additional searches after the production of these initial documents.

I thank the Court for its attention to this matter.

Application **GRANTED**. The initial pretrial conference is **ADJOURNED** to October 16, 2026 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

Th Clerk of Court is respectfully directed to close ECF No. 16.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 19, 2026
New York, New York

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Ilan Stein*
Ilan Stein
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2525

E-mail: ilan.stein@usdoj.gov
*Attorney for Defendant*

cc: Plaintiff (by ECF)