NYLAG
New York Legal Assistance Group

September 16, 2026

The Honorable Dale E. Ho
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *NYLAG v. Executive Office for Immigration Review,* 26 Civ. 3892 (DEH)**

Dear Judge Ho,

On August 20, the Court granted the Parties' request to adjourn the pre-trial conference to October 16, 2026 at 10:30 am. Dkt No. 17. The Parties respectfully request that this conference be rescheduled due to a scheduling conflict for Plaintiff's attorneys. This is the Parties' third request to reschedule the pre-trial conference. *See* Dkt No. 12, 16.

Attorney Danielle Tarontolo will be stepping in to represent the Plaintiff while attorney Kate Fetrow is on family leave. Because Ms. Tarantolo has a pre-scheduled conflict on October 16, the Parties jointly request that the Court reschedule the conference to **October 19** or **20 (between 10 am and 3 pm).** Alternatively, the Parties are available any day the week of October 26 (between 10 am to 3 pm).

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Alexandra Zaretsky

Alexandra Zaretsky
Danielle Tarantolo
Kate Fetrow
Shannon Lee *(admission pending)*
New York Legal Assistance Group
100 Pearl Street
New York, NY 10004
azaretsky@nylag.org
dtarantolo@nylag.org
kfetrow@nylag.org
slee@nylag.org

*Attorneys for Plaintiff*

Application **GRANTED**. The conference scheduled for October 16, 2026 is **ADJOURNED** to October 27, 2026 at 11:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

The Clerk of Court is respectfully directed to close ECF No. 19.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: September 17, 2026
New York, New York