UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK LEGAL ASSISTANCE GROUP,
Plaintiff,

v.

EXECUTIVE OFFICE OF IMMIGRATION REVIEW,
Defendant.

26-CV-3892 (DEH)

ORDER

DALE E. HO, United States District Judge:

Plaintiff New York Legal Assistance Group ("NYLAG") and Defendant the Executive Office of Immigration Review ("EOIR") participated in a discovery conference on October 29, in which the below was ordered, memorialized herein.

The parties shall submit a joint status letter by **November 30, 2026**. The letter shall address:

1) The status of the parties' disputes regarding redactions in the document production and the scope of future searches, if any, to be performed by EOIR, as well as any other issues the parties wish to address;
2) Whether the parties request to proceed to briefing on summary judgment or to continue conferring on discovery, and any divergence in their positions;
3) A proposed schedule for either (1) additional status updates or (2) summary judgment briefing.

SO ORDERED.

Dated: October 29, 2026
New York, New York

DALE E. HO
United States District Judge